OPINION — AG — THE OKLAHOMA STATE CREDIT UNION BOARD MUST DETERMINE THE EXTENT TO WHICH A CREDIT UNION IS PERMITTED BY 6 O.S. 1974 Supp., 2007 [6-2007], TO EXPAND ITS FIELD OF MEMBERSHIP. IN INDIVIDUAL PROCEEDINGS THE BOARD MUST DETERMINE: (1) WHAT IS THE COMMON BOND OF OCCUPATION OR ASSOCIATION NOW EXISTING IN THE CREDIT UNION ? (2) WHAT IS THE COMMON BOND OF OCCUPATION OR ASSOCIATION OF THE INDIVIDUAL COMPRISING THE GROUP SOUGHT TO BE INCLUDED IN THE MEMBERSHIP ? (3) WHAT IS THE COMMON BOND OF OCCUPATION OR ASSOCIATION BETWEEN THE EXISTING MEMBERSHIP AND THE INDIVIDUAL COMPRISING THE GROUP SOUGHT TO BE ADDED TO MEMBERSHIP ? — CITE: 6 O.S. 1974 Supp., 2001.1 [6-2001.1], 6 O.S. 1974 Supp., 2001.2 [6-2001.2], 6 O.S. 1974 Supp., 2007 [6-2007], 75 O.S. 1978 Supp., 301 [75-301](2)(5), 75 O.S. 1978 Supp., 303 [75-303] THRU 75 O.S. 1978 Supp., 308 [75-308], 75 O.S. 1978 Supp., 309 [75-309] (BANKS AND TRUST COMPANIES) (JOHN PAUL JOHNSON) 75 O.S. 309 [75-309], 6 O.S. 2007 [6-2007] ** SEE: OPINION NO. 93-538 (1994) **